FRANK W. MALONEY, Respondent, *v.* BERNARD F. MARTIN, Appellant, Impleaded with Another.

*Maloney* v. *Martin,* 81 App. Div. 432, affirmed.
(Argued February 12, 1904; decided March 4, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank J. Hone* for appellant.

*P. Chamberlain* and *J. S. Keenan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ. Absent: PARKER, Ch. J.